UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gary Lee Loyer, Sr,

                Plaintiff(s),

v.                                              Case No. 4:21−cv−12589−SDK−CI
                                               Hon. Shalina D. Kumar

Michigan, Wayne County , et al.,

                Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Shalina D. Kumar for the following motion(s):

        Motion for Summary Judgment − #47

- MOTION HEARING:  March 12, 2025 at 03:00 PM

    The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** 669−254−5252
**MEETING ID:**     161 164 8989

    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                       By: s/T. Hallwood
                                                             Case Manager

Dated:   February 26, 2025