UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY LEE LOYER, SR. as Personal Representative for the Estate of GARY LOYER, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> WAYNE COUNTY MICHIGAN et al., <br><br> Defendants. | Case No. 21-12589 <br> Honorable Shalina D. Kumar <br> Magistrate Judge Curtis Ivy, Jr. |

**ORDER REGARDING PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 66)**

Believing that multiple citations in plaintiff's response brief (ECF No. 50) were entirely fictitious, had different citations, and/or did not contain the quote or content attributed to them, the Court ordered plaintiff to submit copies of the cited cases to the Court with quotations or propositions attributed to these decisions highlighted or otherwise marked. ECF No. 63. Instead of complying with the Court's order, plaintiff submitted a notice of

supplemental authority with substituted citations to different cases.[1] ECF No. 66.

Because defendants replied to plaintiff's response brief containing only the originally cited cases and oral argument on defendants' motion for summary judgment is set for March 12, 2025, consideration of the proffered new authority would be prejudicial to defendants. *See* ECF Nos. 51, 64. Accordingly, the Court **DECLINES** to consider plaintiff's notice of supplement authority.

**IT IS SO ORDERED**.

s/ Shalina D. Kumar
SHALINA D. KUMAR
Dated: March 11, 2025                      United States District Judge

---

[1] The Court deems plaintiff's noncompliance with the Court's order and its submission of entirely different cases in its notice of supplemental authority as an admission that the citations in its response brief, ECF No. 50, are indeed fictitious or otherwise bogus.